IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| JAMES WILLIAMS, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:23-CV-01950-SDG |
| FLEETCOR TECHNOLOGIES, INC., | ) ) ) | |
| *Defendant*. | ) ) | |

## REQUEST FOR ORAL ARGUMENT FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT AND SANCTIONS UNDER 28 U.S.C. § 1927

Defendant FleetCor Technologies, Inc. (FleetCor) hereby requests oral argument on its pending Motion to Dismiss First Amended Complaint and Sanctions under 28 U.S.C. § 1927. *See* ECF No. 15; ECF No. 17.

The Court will benefit from oral argument for several reasons, including that the Motion involves significant and far-reaching questions of statutory interpretation about the Electronic Fund Transfer Act (EFTA). Namely, if Plaintiff's sweeping and atextual interpretation of the EFTA were adopted, it would effect a significant change in the law and require companies like Mastercard and Visa to monitor the

transactions on all their business accounts to see if they're improperly used for consumer reasons, thus subjecting them to the EFTA.

FleetCor also represents that the undersigned counsel (Matthew Keilson) will present Defendant's portion of oral argument if the Court grant its request, and that he has less than seven years of litigation experience. *See* ECF No. 8, p. 11 ("The motion will receive favorable consideration if the requesting party represents that a lawyer with fewer than seven years of litigation experience will conduct the argument (or at least a substantial party thereof), it being the Court's belief that less experienced lawyers need more opportunities for court appearances than they usually receive.").

FleetCor contacted counsel for Plaintiff to ask if it opposes FleetCor's request but has not yet received a response.

[*Signature on Following Page*]

Respectfully submitted this 21st day of December 2023.

                                    */s/ Matthew A. Keilson*
                                    Ryan D. Watstein
                                    Georgia Bar No. 266019
                                    Matthew A. Keilson
                                    Georgia Bar No. 216676
                                    WATSTEIN TEREPKA LLP
                                    1055 Howell Mill Road, 8th Floor
                                    Atlanta, Georgia 30318
                                    T: 404-418-8307
                                    E: ryan@wtlaw.com
                                         mkeilson@wtlaw.com

                                  *Counsel for Defendant*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing document complies with the font and page limitations of the Local Rules.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that today, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: December 21, 2023.

>  */s/ Matthew A. Keilson*
>  *Counsel for Defendant*