# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cv-01950-SDG
## Williams v. Fleetcor Technologies, Inc.
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 02/23/2024.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 12:10 P.M.          COURT REPORTER: Alicia Bagley
TIME IN COURT: 1:10                        DEPUTY CLERK: Sonya Lee-Coggins
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:**  Henry Ellenberg rand Justin Holcombe epresenting James Williams
Matthew Keilson and Keith Emanuel representing Fleetcor Technologies, Inc.

**PROCEEDING CATEGORY:** Motion Hearing(Motion Hearing Non-evidentiary);

**MINUTE TEXT:** The parties appeared before the court on February 23, 2024 for oral argument re the Defendants [15] Motion to Dismiss the First Amended Complaint and for Sanctions. The court took the motion under advisement.